UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LEE VEST,

    Plaintiff,

v.                                                Civ. No. 18-749 JCH/GJF

CARLSBAD MEDICAL CENTER, LLC, et al.,

    Defendants.

## STIPULATED ORDER TO RELEASE RECORDS

This matter comes before the Court upon the Motion of the Workers' Compensation Administration ("WCA") for an order to release records pursuant to NMSA 1978, §52-5-21 (2001) and Subsection A(2) of Section 8, 11.4.1 NMAC. The Court, having reviewed the pleading and otherwise fully being informed in the premises, now finds that all parties have stipulated to the release of the WCA records.

**IT IS THEREFORE ORDERED** that within **ten (10) working** days of the date stamp of this Order, the WCA shall submit to requesting party a true and complete copy of all WCA records requested in the Subpoena Duces Tecum with the WCA Clerk of the Court's attestation that the file is a correct and accurate record of the agency under seal of the WCA.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE